UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA MALLORY | * |
| | * |
| Plaintiff | * |
| VERSUS | *  CIVIL ACTION NO. 2:19-cv-12412-JTM-DMD |
| | * |
| PERIMETER HEALTHCARE, LLC | * |
| | * |
| Defendant | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all of the Defendants without fees or costs to any party against any other.

Dated this the 10th day of April, 2020.

| **Bizer & DeReus, LLC** | SALLEY, HITE, MERCER & RESOR, LLC |
|---|---|
| By: /s/ Andrew D. Bizer | By: /s/ John W. Hite III |
| Attorneys for Plaintiff | John W. Hite III (17611) |
| Andrew D. Bizer (LA # 30396) | James G. Albertine III (35023) |
| andrew@bizerlaw.com | One Canal Place |
| Garret S. DeReus (LA # 35105) | 365 Canal Street. Suite 1710 |
| gdereus@bizerlaw.com | New Orleans, LA 70130 |
| Emily A. Westermeier (LA # 36294) | (504) 566-8800 |
| ewest@bizerlaw.com | (504) 566-8828 |
| 3319 St. Claude Ave. | dsalley@shmrlaw.com |
| New Orleans, LA 70117 | jalbertine@shmrlaw.com |
| T: 504-619-9999; F: 504-948-9996 | *Attorneys for Defendant* |

SO ORDERED:

_____
Judge